IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT WILSON DENT,

              Plaintiff,

   v.

THOMAS G. PARISI, et al.,

              Defendants.

CIVIL ACTION
NO. 23-2675

**ORDER**

    **AND NOW**, this 16th day of July 2024, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), Respondents the Honorable Thomas G. Parisi and Magisterial District Judge Alvin B. Robinson's Motion to Dismiss (Doc. No. 9), Respondent Berks County Assistant District Attorney Ellen R. West's Motion to Dismiss (Doc. No. 20), the Report and Recommendation ("R&R") of United States Magistrate Judge Carol S. Wells (Doc. No. 33) dated February 16, 2024, to which no objections have been filed, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 33) is **APPROVED** and **ADOPTED**.

2. Respondent's Motion to Dismiss (Doc. Nos. 9, 20) are **GRANTED**.

3. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

4. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, Petitioner has not made a substantial showing of the denial of a constitutional right and reasonable jurists would not debate the correctness of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

5. The Clerk of Court shall close this case.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.